FOURTH JUDICIAL DISTRICT COURT

PARISH OF OUACHITA

STATE OF LOUISIANA

WIENDY LOGWOOD                              FILED: _____

VERSUS

CINEMARK USA, INC.
_____
DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes WIENDY LOGWOOD, a major domiciliary of the Parish of Ouachita, State of Louisiana, who respectfully represents that:

1.

Made defendant herein is:

1.   CINEMARK USA, INC., a foreign company authorized to do and doing business in the State of Louisiana.

2.

Petitioner shows on May 7, 2011, she was walking into the CINEMARK USA, INC. theater, store #62, the last theater room on the right, located at 4700 Milhaven Rd., Monroe, Ouachita Parish, State of Louisiana 71203, when an unexpected step down into the room caused her to fall.

3.

Petitioner shows that as she came into the theater room, the walkways were inadequately lit and she could not see the step down in the floor. This caused her to misstep and fall to the ground causing bodily injuries. For these reasons, CINEMARK USA, INC. is liable unto petitioner for all damages sustained in this accident.

4.

This accident was caused by the negligence of defendant, CINEMARK USA, INC. in the following particulars:

1.   Inadequate lighting in the walkway; and

2.   No warning or signage of a step down into the room.

5.

Petitioner shows as a result of this accident she has suffered physical, emotional and mental injuries.



EXHIBIT

tabbies

1

6.

Petitioner shows as a result of her injuries she has incurred medical expenses, past and future.

7.

Petitioner shows that the amount of damages claimed is not sufficient for removal to Federal Court.

WHEREFORE, petitioner prays after all due proceedings are had that judgment be rendered in her favor and against the defendants in an amount sufficient to adequately compensate her for all damages sustained as well as legal interest from the date of judicial demand until paid and for all costs of these proceedings.

Petitioner further prays for all other just, necessary and equitable relief.

Respectfully Submitted,

DANIEL P. PARKER
Bar Roll No. 10313
TODD A. HARRIS
Bar Roll No. 18957
2503 Ferrand Street
Monroe, LA 71201
(318) 322-7373

PLEASE SERVE:

CINEMARK USA, INC.
3900 Dallas Parkway, Suite 500
Plano, TX 75093-7865
Will serve under the provisions of the *"Long Arm Statute"*
of the State of Louisiana

CINEMARK USA, INC.
Through its registered agent
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129